UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

CHRISTIAN LUKE WILLIAMS,      )
                              )
              Plaintiff,      )
                              )
v.                            )        No.:   3:25-CV-498-TAV-MJD
                              )
COMMISSIONER OF SOCIAL        )
SECURITY,                     )
                              )
              Defendant.      )

## **ORDER**

This civil matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge Michael J. Dumitru on July 20, 2026 [Doc. 23]. In the R&R, Judge Dumitru recommends that the Court grant plaintiff's motion for attorney's fees pursuant to 28 U.S.C. § 2412 [Doc. 20] as modified by the parties' agreement. Specifically, Judge Dumitru notes that although plaintiff initially requested an award of $7,490.90, the parties later agreed to an award of fees and expenses in the amount of $7,116.30 [Doc. 23, p. 2]. Thus, Judge Dumitru recommends that plaintiff be awarded $7,116.30 in attorney's fees and expenses. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court agrees with Judge Dumitru's recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the R&R in whole

[Doc. 23]. Plaintiff's motion [Doc. 20] is **GRANTED** as modified by the parties' agreement. Plaintiff is **AWARDED** $7,116.30 in attorney's fees and expenses.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

2